# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BARBARA COOMBS, | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | No. 12-4651 |
| TARGET CORPORATION, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 25th day of February, 2013, upon consideration of Defendant's Partial Motion to Dismiss Plaintiff's Complaint (Doc. No. 5), and Plaintiff's Response in Opposition to Defendant's Partial Motion to Dismiss Plaintiff's Complaint (Doc. No. 7), it is hereby **ORDERED** that the Motion is **GRANTED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE